U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
APR 18 2024
AT_____O'CLOCK_____
John M. Domurad, Clerk - Albany

April 10, 2024

To: The Honorable Mae A. D'Agostino
U.S. District Court Northern District
445 Broadway, Room 509
Albany NY 12207

From: Frederick Smith 15A1771 Plaintiff
P.O. Box 4000
Stormville NY 12582

RE: Civil Action No. 9:18-CV-1066

Dear Clerk of the Court,

On Approx. 3/12/24 I recieved Ryan Ashers Motion to withdraw as counsel which was dated 3/5/24. I'm unsure of how to proceed? I have not recieved anything from the Honorable Court in regards to this motion. But currently I have none of my paperwork in

relation to my case. So I am using the Motion to Withdraw as counsel and my letter to the Court dated 2/12/24 to send to lawyers to give them a slight understanding of my case. I had to wait to make copies and have as a few days ago mailed out these letters looking for counsel, to represent me. I am confident a lawyer would take my case but I do not know if the above underlined will be sufficient enough to apprise a lawyer if it is a case for them or not. And I did not hear from the Court and do not know if I'm operating under the Courts deadline or if there is one? Thank you have a good day.

cc

Frederick Smith

**GREEN HAVEN CORRECTIONAL FACILITY**
P.O. BOX 4000
STORMVILLE, NEW YORK 12582-4000

NAME: Frederick Smith   DIN: 15 A 1771

GREEN HAVEN
CORRECTIONAL FACILITY

NEOPOST
04/12/2024
US POSTAGE $000.64⁰
FIRST-CLASS MAIL
ZIP 12582
041M11466608

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
APR 18 2024
RECEIVED

Urgent
Legal
Mail

Clerk of the Hon. Court
Honorable Mae A. D'Agostino
U.S. District Court Northern District
445 Broadway Room 509
Albany, NY 12207