10/24/24

To: U.S. District Court Northern District
Honorable Mae D Agostino
P.O. Box 7367 / 100 S. Clinton St.
Syracuse N.Y. 13261-7367



From: Frederick Smith 15 A 1771 Green Haven C.F.
P.O. Box 4000 / Stormville NY 12582-4000

Case: Smith v. Dodge et. al. 9:18-CV-01066 (MAD/TWD)

RE: Plaintiff requesting that Asher & Associates Ryan Asher be held in Contempt of the Courts Order dated 9/9/24 to turn over a copy of plaintiffs case file.

Dear Clerk of the Court,

                PLEASE TAKE NOTICE that I am requesting of this Honorable Court and Judge presiding over this matter to hold Ryan Asher in CONTEMPT of the Courts Order to foward a copy of Plaintiffs case file to Plaintiff. To date Ryan

Asher has failed to foward a detailed invoice to Plaintiff. (deadline 9/30/24). This, to date still has not been honored. This case file would enable the Plaintiff to raise several claims that have been unraised but apart of the same transaction herein and obtain counsel. For these reasons and others I, the Plaintiff have no other remedies but to Request the Court hold Asher in CONTEMPT of the Courts Order intil he complies and any such other relief this Court deems fit.

cc

**GREEN HAVEN CORRECTIONAL FACILITY**
P.O. BOX 4000
STORMVILLE, NEW YORK 12582-4000

NAME: Frederick Smith   DIN: 15 A 1771

GREEN HAVEN CORRECTIONAL FACILITY

NEOPOST
10/29/2024
US POSTAGE $000.69⁰
FIRST-CLASS MAIL
IMI
ZIP 12582
041M11466608

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
NOV · 1 2024
RECEIVED

Urgent Legal Mail

U.S. District Court Northern District
Honorable Mae D Agostino
Attn. Clerk of the Court
P.O. Box 7367/100 S. Clinton street
Syracuse NY 13261-7367