10/25/24

To: U.S District Court Northern District
Honorable May D Agostino
P.O Box 7346 100 S Clinton st
Syracuse NY, 13261-7367

From: Frederick Smith 15-A-1771
Green Haven C.F
P.O Box 4000
Stormville NY, 12582-4000

RE: Case Smith V Dodge 9:18-cv-01066
Plaintiff requesting that Asher & Associates: Ryan Asher be held in CONTEMPT of the courts order dated 9/9/24 to turn over a copy of plaintiff's case file.

Dear Clerk of the court,
PLEASE TAKE NOTICE that I am requesting of this Honorable Court and Judge presiding over this matter to hold Ryan Asher in CONTEMPT of the Courts Order to forward a copy of plaintiffs case file to plaintiff. To date Ryan Asher has failed to forward a detailed invoice to plaintiff (deadline 9/30/24). This to date has not been honored. This case file would enable the plaintiff to raise several claims that have been un raised but apart of the same transaction herein and obtain counsel. These reasons and others I, the plaintiff have no other remedies but to request the Court hold Ryan Asher in Contempt of the Courts Order until he complies and any such other relief this Court deems fit.

CC: Ryan Asher

CC: Constandinos D. Leris


Frederick Smith 15a1771



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
NOV - 1 2024
AT_____ O'CLOCK
John M. Dom... Clerk, Syracuse

Frederick Smith 15A1771
Green Haven C.F. P.O Box 4000
Stormville NY, 12582




U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

NOV · 1 2024

RECEIVED

Honarable May D Agostino
100 S Clinton St P.O Box 7346
Syracuse NY, 13261

