11/18/24

To: U.S District Court Northern District
Honorable May D Agostino
P.O Box 7346 100 S Clinton st
Syracuse NY, 13261-7367



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED

NOV 25

AT _____ O'CLOCK
John M. Domurad, Clerk - Syracuse

From: Frederick Smith 15-A-1771
Green Haven C.F
P.O Box 4000
Stormville NY, 12582-4000

Dear your Honor,

Today is November 18, 2024. On October 28, 2024 I received the courts order that
Asher must send me a copy of the case file by October 31, 2024. I already mailed the
letter to the court requesting Asher to be held in contempt not knowing he
communicated with the court on this issue. As well I have received no notice from
Asher of the request for an extension. I then, received the courts order 11/4/24.
Then on 11/12/24 I received the courts orders that you received certificate of
service from Asher that such was mailed to me. To date , I haven't received not a
piece of paper from Asher since his motion of recusal. There are many cameras on
my unit and a law book for logging of legal mail. I have not received it. From
experience with legal mail it is a bit unusual for it to take more than 3 business days
to get such once it arrives at the facility. Further the allotted time the court allowed
from the time of its latest order to the plaintiff first deadline is much needed time
that the plaintiff needs in order to salvage and put on his case. Therefore your Honor
I am humbly thankful and request can the proceedings be stayed again until I
receive my case file. Last, if this delay is not on behalf of Green Haven C.F and I do
not receive it within the week I am requesting to resubmit my request to hold Asher
and associates in contempt of the courts order.

CC: Asher & Associates
CC: AAG Leris

Frederick Smith 15a1771

C. Smith 15A1771
aven C.F.
4,000
ile NY, 12582

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
NOV 2 5 2024
RECEIVED

Retail



UNITED STATES
POSTAL SERVICE

13261

RDC 99

U.S. POSTAGE P
FCM LETTER
POUGHKEEPSIE
NOV 18, 2024
$9.68
S2324K502279-2

7022 3330 0001 0303 5398

Honorable May D Agostino
P.O Box 7346 100 S Clinton St
Syracuse NY, 13261

19 NOV 2024PM 2 L
ALBANY NY 120
13261-734646